**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ADAGELIS BAY,

                        Plaintiff,                      20 **CIVIL** 9774 (RWL)

            -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 16, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including for a new hearing and decision.

**Dated:**  New York, New York
           August 17, 2021

                                                                    **RUBY J. KRAJICK**
                                                                    _____
                                                                         Clerk of Court
                                                       **BY:**
                                                                         _____
                                                                            Deputy Clerk